**Exhibit "1"**

| No. | OWNER | MOTION PICTURE | Certificate Number |
|---|---|---|---|
| 1 | Millennium Funding, Inc. | *Angel Has Fallen* | PA0002197434, PAu003917080 |
| 2 | Millennium Funding, Inc. | *211* | PAu003905278, PA0002132686 |
| 3 | Voltage Holdings, LLC | *A Family Man* | PA0002039392, TXu001967832, TXu001374031 |
| 4 | Millennium Funding, Inc. | *Automata* | PA0001923090, PAu003712705 |
| 5 | Voltage Holdings, LLC | *Ava* | PA0002235557, PAu003943693 |
| 6 | Millennium Media, Inc. | *Before I Go to Sleep* | PAu003753175, PA0001939571 |
| 7 | Millennium Funding, Inc. | *Boyka: Undisputed IV* | PA0002031176, PAu003798816 |
| 8 | Millennium Funding, Inc. | *Criminal* | PA0001984029, PAu003772954 |
| 9 | Dallas Buyers Club, LLC | *Dallas Buyer's Club* | PA0001873195 |
| 10 | Millennium Funding, Inc. | *Day of the Dead: Bloodline* | PA0002104460 |
| 11 | Wonder One, LLC | *Disturbing the Peace* | PAu003991009 |
| 12 | Voltage Holdings, LLC | *Extremely Wicked, Shockingly Vile and Evil* | PAu003953148, PAu003905674 |
| 13 | Voltage Holdings, LLC | *Fathers and Daughters* | PAu003762811, PAu003713364 |
| 14 | Millennium Funding, Inc. | *Hellboy* | PA0002176664 |
| 15 | Millennium IP, Inc. | *Homefront* | PA0001877609 |
| 16 | Millennium Funding, Inc. | *Hunter Killer* | PA0002147752, PAu003868948 |
| 17 | I am Wrath Production, Inc. | *I am Wrath* | PAu003813390 |
| 18 | Voltage Holdings, LLC | *I Feel Pretty* | PAu003896491, PAu003886973 |
| 19 | Voltage Holdings, LLC | *I.T.* | PAu003801126 |
| 20 | Ambi Distribution Corp. | *In Dubious Battle* | PA0002061686 |
| 21 | Killing Link Distribution, LLC | *Kill Chain* | PAu003975781 |
| 22 | Badhouse Studios, | *Larceny* | PAu003852034, |

|    |                              |                              |                              |
|----|------------------------------|------------------------------|------------------------------|
|    | LLC                          |                              | PAu003892760                 |
| 23 | LF2 Productions, Inc.        | *Leatherface*                | PAu003809024, PA0002054658   |
| 24 | LHF Productions, Inc.        | *London Has Fallen*          | PA0001982831, 10PAu003789521 |
| 25 | Screen Media Ventures, LLC   | *Lone Survivor*              | PA0001397568, PA0001875012   |
| 26 | Millennium Funding, Inc.     | *Mechanic: Resurrection*     | PA0001998057                 |
| 27 | Venice PI, LLC               | *Once Upon a Time in Venice* | PA0002039391, TXu001968528   |
| 28 | Voltage Holdings, LLC        | *Pay the Ghost*              | PA0001957914, TXu001920050   |
| 29 | Rambo V Productions, Inc.    | *Rambo V: Last Blood*        | PA0002202971                 |
| 30 | Voltage Holdings, LLC        | *Revolt f/k/a Prisoners of War* | PA0002047480, PAu003854989 |
| 31 | Millennium Funding, Inc.     | *Septembers of Shiraz*       | PA0002038711, PAu003740540   |
| 32 | Voltage Holdings, LLC        | *Shock and Awe*              | PAu003925891, TXu002030507   |
| 33 | Voltage Holdings, LLC        | *Status Update*              | PAu003867210, PAu003850446   |
| 34 | Millennium Funding, Inc.     | *Survivor*                   | PA0001956191, PAu003749574   |
| 35 | Nikola Productions, Inc.     | *Tesla*                      | PAu003998966                 |
| 36 | Wonder One, LLC              | *The 2nd*                    | PAu004025415                 |
| 37 | Laundry Films, Inc.          | *The Brass Teapot*           | PAu003664393, PAu003571690   |
| 38 | Voltage Holdings, LLC        | *The Cobbler*                | PAu003744688, PAu003742177   |
| 39 | Voltage Holdings, LLC        | *The Company You Keep*       | PAu003660935, PAu003578816   |
| 40 | Bodyguard Productions, Inc.  | *The Hitman's Bodyguard*     | PAu003844508, PAu003849477   |
| 41 | Millennium Funding, Inc.     | *The Humbling*               | PAu03760198                  |
| 42 | Screen Media Ventures, LLC   | *The Hurricane Heist*        | PA0002147321                 |
| 43 | Screen Media Ventures, LLC   | *The Last Full Measure*      | PAu003981677                 |
| 44 | Outpost Productions, Inc.    | *The Outpost*                | PA0002258273, PA0002263248   |
| 45 | Voltage Holdings, LLC        | *The Professor and the Madman* | PAu003920383, PAu003919285 |

| 46 | Screen Media Ventures, LLC | *Universal Soldier Day of Reckoning* | PAu003589569 |
|---|---|---|---|
| 47 | After II Movie, LLC | *After We Collided* | PAu004014087, PAu003988168 |