**Exhibit "2"**

Hellboy (2019), hash 16CE26D6CDDCA3ED073D1EB410E5F32151E23137, 1080p, 1.94 GB





**⋆ 33.** -------------------------------

```
email: wlnelson6@hotmail.com
last used ip: 89.187.178.220
date downloaded: 2019-07-16 14:28:35
IP Address city: , state: , zip code:
```



✱ 51. --------------------------------

```
email: steve.lombard@charter.net
last used ip: 185.93.1.96
date downloaded: 2019-07-18 21:03:16
IP Address city: Chicago, state: Illinois, zip code: 60605
```



Hunter Killer (2018), hash C6F7C26601FAA47C9BB50A99BB18606C0F960DB5, 720p, 1.03 GB





✈ 20. -----------------------------

email: wlnelson6@hotmail.com
last used ip: 89.187.178.220
date downloaded: 2019-01-19 02:30:53
IP Address city: , state: , zip code:

Once London Has Fallen (2016), hash 5FD06ECEAD783738066F56B6F92CF62331797530, 720p, 730.27 MB





* 22. ------------------------------

```
email: hphilbey@iinet.net.au
last used ip: 89.187.178.178
date downloaded: 2019-02-13 07:36:15
IP Address city: , state: , zip code:
```



Mechanic: Resurrection (2016), hash 15D0FFD08EA199E877886437DDCBC9A36C4EB026, 720p, 742.02 MB





★ 15. ------------------------------

```
email: alireza121991@yahoo.com
last used ip: 195.181.169.138
date downloaded: 2019-03-23 19:22:42
IP Address city: New York, state: New York, zip code: 10013
```

Extremely Wicked, Shockingly Evil and Vile (2019), hash
D99EBAEB280D6EE6101C2DC31EDA68F8C54DB4F5, 720p, 936.98 MB





52. ------------------------------

email: ezgoinblueeye@yahoo.com
last used ip: 89.187.164.96
date downloaded: 2019-07-17 02:05:16
IP Address city: , state: , zip code:





✠ 209. ------------------------------

email: mrn_forever@yahoo.com
last used ip: 89.187.177.49
date downloaded: 2019-07-21 14:30:15
IP Address city: , state: , zip code:



Rambo: Last Blood (2019), hash E14966740CF1587CC3910280BC44984D5D9D4D71, 720p,
909.41 MB





✱ 107. ------------------------------

email: stitch325xi@gmail.com
last used ip: 89.187.178.38

date downloaded: 2019-11-30 01:21:20
IP Address city: , state: , zip code:
108. ------------------------------



Flypaper (2011)  720p bluray | Size: 551.90 MB | Hash:
4D83F29BBF179F2A1B0DD78334513A3527896F20





⭐ 70. -------------------------------

email: msallans@hotmail.com
last used ip: 173.252.197.61

☆ date downloaded: 2019-10-28 01:12:03
  IP Address city: Santa Clara, state: California, zip code: 95051

Lone Survivor (2013) 720p bluray | Size: 867.58 MB | Hash:
D21B6FEC98653908CA62002A16B149E8C6FC77C4





☆ 98. ------------------------------

email: kkillz1123@yahoo.com
last used ip: 89.187.178.133
date downloaded: 2019-12-28 02:37:31
IP Address city: , state: , zip code:

The Hurricane Heist (2018), hash 746367BD424F7F97B153277EB7FB6C2500F26C24 , 720p, 895.66 MB



4. -------------------------------

email: yoyokwachid@gmail.com
last used ip: 195.181.168.68
date downloaded: 2020-01-03 07:38:00
IP Address city: New York, state: New York, zip code: 10013





☆ 183. -------------------------------

email: bgallacher@yahoo.com
last used ip: 89.187.178.38
date downloaded: 2019-08-28 11:01:01
IP Address city: , state: , zip code:

The Last Full Measure (2019), hash 51A15DE119BD5A35A655FFDCA8D18F584A1B9346  , 720p, 1.03 GB



14. ------------------------------

email: wlnelson6@hotmail.com
last used ip: 89.187.178.158
date downloaded: 2020-01-21 03:35:48
IP Address city: , state: , zip code:



27. ------------------------------

email: sptimmay@yahoo.com
last used ip: 195.181.169.111
date downloaded: 2020-01-20 06:09:35

✪ IP Address city: New York, state: New York, zip code: 10118



★ 42. -------------------------------

```
email: 69roostertale@gmail.com
last used ip: 89.187.178.196
date downloaded: 2020-01-26 02:54:09
IP Address city: , state: , zip code:
```





☆ 91. -------------------------------

email: domepatrol07@yahoo.com
last used ip: 89.187.178.173
date downloaded: 2020-01-20 04:09:38
IP Address city: , state: , zip code:



☆ 144. -------------------------------

email: rjerskine@msn.com
last used ip: 89.187.183.147
date downloaded: 2020-01-26 03:06:29
IP Address city: , state: , zip code:



Universal Soldier Day of Reckoning (2012)  720p bluray | Size: 898.72 MB | Hash:
423CB45B28C97B21C4E5995953CA104FF0AB8E85





☆ 150. ------------------------------

email: bgallacher@yahoo.com
last used ip: 89.187.178.38
date downloaded: 2019-10-29 00:36:04
IP Address city: , state: , zip code:



The Brass Teapot (2012)    720p bluray | Size: 857.51 MB | Hash:
194D45F39D4B538E8453548E4D30F139E0F2B3D7





☆ 12. ------------------------------

   email: fbfreak55@gmail.com
   last used ip: 89.187.178.167
   date downloaded: 2019-07-21 13:47:46
   IP Address city: , state: , zip code:

☆ 13. ------------------------------

   email: aleyzee@yahoo.com

last used ip: 89.187.179.157
date downloaded: 2019-08-18 11:26:48
IP Address city: , state: , zip code:





21. ------------------------------

email: tomlin1948@icloud.com
last used ip: 89.187.171.141
date downloaded: 2019-07-25 19:58:29
IP Address city: Atlanta, state: Georgia, zip code: 30303

## CERTIFICATE OF AUTHENTICITY

Senthil Segaran hereby declares under penalty of laws of the United States, India and the United Kingdom that the following is true and correct.

1.    I am the sole shareholder, sole director and custodian of the records for Techmodo Limited.  Each of the records attached hereto is the original or duplicate of an original record in the custody of Techmodo Limited.

2.    Such records were made at or near the time by — or from information transmitted by — someone with knowledge of these matters.

3.    Such records are kept in the course of a regularly conducted activity of business.

I declare under the penalty of perjury of the laws of India and the United Kingdom that the foregoing is true and correct.


DATED: London, England, September ___, 2020.


_____
Senthil Segaran


Certificate of Authenticity - Segaran