UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| VOLTAGE HOLDINGS, LLC. *et al.*,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>DATACAMP LIMITED., *et al.*,<br><br>　　Defendants. | Case No.:  1:21-cv-1102<br><br>**PLAINTIFFS' FINANCIAL INTEREST DISCLOSURE STATEMENT** |

**PLAINTIFFS' FINANCIAL INTEREST DISCLOSURE STATEMENT**

　　Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued stock or debt securities to the public or publicly held entities that own ten percent or more of the stock of the said party:

　　Plaintiff MILLENNIUM MEDIA, INC. states that no publicly held entity owns more than 10% of its stock.

　　Plaintiff RAMBO V PRODUCTIONS, INC. states that it is owned by Plaintiff MILLENNIUM FUNDING, INC.  Plaintiff MILLENNIUM FUNDING, INC. states that no publicly held entity owns more than 10% of its stock.

Plaintiff I AM WRATH PRODUCTIONS, INC. states that no publicly held entity owns more than 10% of its stock.

Plaintiff AMBI DISTRIBUTION CORP. states that no publicly held entity owns more than 10% of its stock.

Plaintiffs LF2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., NIKOLA PRODUCTIONS, INC., BODYGUARD PRODUCTIONS, INC. and OUTPOST PRODUCTIONS, INC. state they are owned by MILLENNIUM IP, INC.   MILLENNIUM IP, INC states that no publicly held entity owns more than 10% of its stock.

Plaintiff LAUNDRY FILMS, INC. states that no publicly held entity owns more than 10% of its stock.

Plaintiffs KILLING LINK DISTRIBUTION, LLC is owned by CineTel Films, Inc.  No publicly held entity owns more than 10% of the stock of CineTel Films, Inc.

DATED: Kailua Kona, HI, Sept. 30, 2021.

Respectfully submitted,

 /s/ Kerry S. Culpepper

Kerry S. Culpepper,
Virginia Bar No. 45292
Counsel for Plaintiffs
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Tel.: (808) 464-4047
Fax.: (202) 204-5181
kculpepper@culpepperip.com
***Attorney for Plaintiffs***