UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| VOLTAGE HOLDINGS, LLC., et al,<br><br>  Plaintiffs,<br><br>  v.<br><br>DATACAMP LIMITED, a United Kingdom limited company et al.,<br><br>  Defendants. | Civil Action No. 1:21-cv-1102-LO-JFA |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiffs hereby dismiss all claims against Defendants without prejudice.  This action terminates the matter.

Dated: January 28, 2022


*/s/ Kerry S. Culpepper*
Kerry S. Culpepper, Esq.
Virginia Bar No. 45292
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Tel.: (808) 464-4047
Fax.: (202) 204-5181
Email: kculpepper@culpepperip.com
*Counsel for Plaintiffs*